PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Northern_ DISTRICT OF TEXAS
_Amarillo_ DIVISION

_Victor Moreno #2082775_
Plaintiff's Name and ID Number

JAN 14 2025 PM1:20
FILED - USDC - NDTX - AM

_McConnell Unit, 3001 Emily Dr. Beeville Tx. 78102_
Place of Confinement

**2-25CV-012-Z**

CASE NO._____
(Clerk will assign the number)

v.

_Donnie Randall, El Camino Restaurant, 725 S. Hwy 87_
Defendant's Name and Address _Tulia, Tx. 79088_

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✔ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: 6/24/2022

        2. Parties to previous lawsuit:

            Plaintiff(s) Victor Moreno

            Defendant(s) Bollinger, Troy

        3. Court: (If federal, name the district; if state, name the county.) Northern district of Texas

        4. Cause number: 2:22-CV-00131-Z-BR

        5. Name of judge to whom case was assigned: Honorable Matthew J. Kacsmaryk

        6. Disposition: (Was the case <u>dismissed</u>, appealed, still pending?) Dismissed

        7. Approximate date of disposition: May 19, 2023

II.  PLACE OF PRESENT CONFINEMENT: McConnell Unit 3001 S. Emily Dr. Beevill, Tx. 78102

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?          ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.  PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: Victor Moreno / McConnell Unit 3001 S. Emily Dr. Beevill, Tx. 78102

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Donnie Randall, manager, El Camino Restaurant, 225 S. Hwy 87 Tulia, Tx. 77088

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Donnie Randall lied on affidavit and helped send me to prison for 32 years.

Defendant #2: - none -

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: - none -

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: none -

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: - none -

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. On or About 20th day of January 2016. Affiant, chief Steven C. Brush, badge #721. Took a statement from Donnie Rendall that resulted to a probable cause affidant that contains "false intromation". In this probable cause Affidavit Donnie Rendall stated the following: ("Donnie also said, Victor had pulled out a pistol And pointed directly in his face, He said Victor "racked" the pistol when it was pointed At his face. Donnie said he had no time to react when the pistol was pointed in his face"). This is a violation of my Six Amendment, on the basis of my right to "Confrontation" And more generally my right to a fair trial. I can establish by a preponderance of evidence (Due to video of the incident) At a hearing that the affidavit contains false information made knowingly and intentionally, with reckless disregard for the truth. Rest of Complaint on Attachment #1

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to confront Donnie Rendall, to [All] Allegations towards me! I would ask the Court to Allow me to sue Donnie Randall for $900,000.

VII. GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Victor Moreno

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2082779

VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): none -

2.  Case number: -none-

3.  Approximate date sanctions were imposed: none-

4.  Have the sanctions been lifted or otherwise satisfied?  ____YES  ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed?      _____ YES ✔ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

　　1. Court that issued warning (if federal, give the district and division): - none - _____

　　2. Case number: none - _____

　　3. Approximate date warning was issued: - none - _____

Executed on: 1-9-25
　　　　　　　　DATE

Victor Moreno #2082779
Victor Moreno
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____9_____ day of _____1_____ , 20 25 .
　　　　　　　　　(Day)　　　　　　　　　(month)　　　　　　　(year)

Victor Moreno #2082779
Victor Mor
(Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Attachment #1
"Rest of Complaint"

Donnie Randall affidavit was erroneously withheld from [me] and the [Jury] information necessary to prevent a "bogus" indictment created for my Arrest, for the "use or exhibiting a deadly weapon to wit: A knife". Based on false infromation that was obtained by false testimony by Donnie Randall prevented me from confronting Donnie Randall on any and "All" Allegations Against me!

Respectfully.
Victo Moreno
Victa Moreno #2082775
pro se

*Evidence Exhibit 1*

A·4583·16·02
THE STATE OF TEXAS
COUNTY OF SWISHER

CASE NUMBER_____

ACCUSED VICTOR MORENO

DATE DETAINED 1-20-16            TIME DETAINED 12:18PM

DATE BOOKED IN 1-20-16          TIME BOOKED IN 1:21PM

C. J. CHASCO
COUNTY & DISTRICT CLERK
SWISHER COUNTY TEXAS
2016 JAN 22 PM 1:13
FILED

## PROBABLE CAUSE AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared the affiant whose signature appears below, and who, after being duly sworn, upon oath stated he/she is a peace officer for the State of Texas and that he/she has good reason to believe and does believe that the accused named above did, on or about the 20th day of JANUARY, 2016. Commit the (      ) Misdemeanor ( X ) Felony offense of AGG. ASSAULT DEADLY WEAPON against the laws of the State of Texas. Such belief is based on the following facts:

On January 20, 2016, Victor Moreno was involved in a fight at the El Camino Restaurant, 225 S. Hwy. 87. Victor left the scene while the police were being called. A description was given and Victor was found walking on S.W. 5th in the 600 block. Victor was carrying an open knife in his right hand as he walked away from Asst. Chief Ozment. I joined Asst. Chief Ozment and we began giving Victor orders to stop and talk with us. He continued to walk away and I heard him say that he was going to make us kill him. Victor then changed the knife to his left hand as he continued walking away and began pulling up the jacket he was wearing. Victor then pulled a black pistol from his waistband or pocket. I took out my pistol and pointed it at Victor but he continued to walk away. I continued to follow and convince Victor to stop and talk to me. He eventually reached the yard on the northeast corner of S.W. 5th and El Paso. Victor threw the knife and the gun down on the ground and then took off his jacket and several items of clothing. Victor then began to talk to me as I searched him for more weapons. During the search, I found a glass narcotics pipe in Victor's right front pants pocket. After Victor was in custody, I returned to the El Camino Restaurant where I spoke with Donnie Randall. Donnie said he had been assaulted when he tried to break up a fight between an employee and Victor. Donnie said he had been struck in the face which caused pain when he was struck. Donnie also said Victor had pulled out a pistol and pointed it directly in his face. He said Victor "racked" the pistol when it was pointed at his face. Donnie said he had no time to react when the pistol was pointed at his face.

Witness my signature this 20th day of JANUARY 2016.

Affiant, CHIEF STEVEN C. BRUSH

Subscribed and Sworn before me this 20TH day of JANUARY 2016

*Evidence Exhibit 2*

*IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:*

    *THE GRAND JURORS, for the County of SWISHER, State aforesaid, duly organized as such at the JANUARY Term, A.D. 2016, of the District Court of the 64th JUDICIAL DISTRICT for said County, upon their oaths in said Court present that **VICTOR MORENO** on or about the 20th day of **January, 2016,** and anterior to the presentment of this INDICTMENT, in the County of SWISHER and State of Texas, did then and there,*

intentionally, knowingly and recklessly cause bodily injury to **DONNIE RANDALL** by striking him with defendant's hands and the defendant did then and there use or exhibit a deadly weapon, to-wit: a knife, during the commission of said assault,

*against the peace and dignity of the State.*

<u>FOREMAN OF THE GRAND JURY</u>

FILED
2016 FEB -9 AM 11: 33
COUNTY CLERK
SWISHER COUNTY TEXAS
DEPUTY

THE STATE OF TEXAS VS. VICTOR MORENO

TRUE BILL:

CAUSE NO. A-4582-16-02

OFFENSE: AGG ASSLT W/DEADLY WEAPON
DPS CODE: 13150005

(FOREMAN OF THE GRAND JURY)

AMOUNT OF BOND: $20,000.00 AWK

55



San Antonio PUBLIC 782XX ZIP
FRI 10 JAN 2025  AM

Victor Moreno #2087779
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx. 78102

P.O.Box 660400
Dallas, Tx. 75266-0400



RECEIVED
JAN 1 4 2025
CLERK U.S. ....
NORTHE.....

United States District Court
Office of the Clerk
205 S. E Fifth Ave. Room 133
Amarillo, Tx. 79101-1559

Legal mail



PRIVILEGED OFFENDER
NOT INSPECTED BY FEDERAL
JUSTICE DEPARTMENT
INSTITUTION - CORRECTIONAL
INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION